FILED
September 30, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>PHAYLOTH CHANDAVONG, )<br>)<br>Defendant. ) | CASE NUMBER: 2:11-cr-379 MCE<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Phayloth Chandavong; Case 2:11-cr-379 MCE from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    _X_   Unsecured Appearance Bond in the amount of $50,000.00, co-signed by defendant's sister Savyvanh Chandavong.

    __   Appearance Bond with 10% Deposit

    __   Appearance Bond secured by Real Property

    __   Corporate Surety Bail Bond

    _X_   (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 9/30/2011 at 3:00 p.m.

By _____
Kendall J. Newman
United States Magistrate Judge

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO
MINUTE ORDER - HEADER/PROCEEDINGS

DEFENDANT NAME                                    DEF    XREF         CASE
CHANDAVONG PHAYLOTH                               1      3335727      11T01050 MUNI

CUSTODY STATUS: REM
DOB: 12/09/1977                                   DATE FILED: 02/16/2011
LEA: SACRAMENTO POLICE DEPARTMENT                 ARREST #: 09549124-01
BAIL SET:    $15,500.00
BAIL POSTED:                                      BOND #:

PROSECUTOR:                                       DEFENSE: PUBLIC DEFENDER
                                                  TYPE: PD

SECTION(S) VIOLATED:
        01/28/2011                                (CT 2)   VC  23152(B), WITH 1 PRIOR
                                                  PRIORS:  02/04/09

        01/28/2011                                (CT 4)   VC  14601.5(A)

***************************************************************************
| DATE   | JUDGE   | DEPT | REL | CSR | PROCEEDINGS |
|--------|---------|------|-----|-----|-------------|
| 092911 | FIORINI | 04   | REM | DR  | PP/MOT TO RECALL BW/MOT TO RECALL SOC |
| 01:35  |         |      |     |     | ·PD PRES |
|        |         |      |     |     | ·MOT TO RECALL SOC - GTD |
|        |         |      |     |     | ·MOT TO RECALL BW - GTD. |
|        |         |      |     |     | Δ REM FW ON THIS MATTER & |
|        |         |      |     |     | NUNC PRO TUNC CTS TO 9/13/11 - |
|        |         |      |     |     | AS TO CT2: Δ OWES 15 DAYS CJCS; 10 CTS W/ 5 DAYS GRWT |
|        |         |      |     |     | Δ DEEMED T/S AS TO CT2  = 15 DAYS |
|        |         |      |     |     | AS TO CT 3: Δ OWES 10 DAYS CJCS; 7 CTS + 3 DAYS GRWT |
|        |         |      |     |     | Δ DEEMED T/S AS TO CT3  = 10 DAYS. |
|        |         |      |     |     | PROB REINST OTC'S |
|        |         |      | ·   |     | Δ RE-REF TO SB38 |
|        |         |      | ·   |     | STAY S/U TO ON OR BEFORE 10/31/11 |