```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   PHAYLOTH CHANDAVONG
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-379 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE |
| PHAYLOTH CHANDAVONG, | Date: October 20, 2011 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's October 20, 2011. calendar, at the request of the defense, and be continued until December 1, 2011, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between October 20, 2011, through and including December 1, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

///

This first continuance is requested in order to consult and review with Mr. Chandavong discovery and options open to him in responding to the charges.

**IT IS SO STIPULATED.**

Dated: October 19, 2011     /S/ Matthew Morris
Matthew Morris
Assistant United States Attorney
Counsel for Plaintiff

Dated: October 19, 2011     /S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
PHAYLOTH CHANDAVONG

**O R D E R**

**WHEREAS** this is the first continuance requested in this matter, and,

**WHEREAS** counsel anticipate making progress in resolving this matter efficiently and without protracted litigation,

**THEREFORE**, the stipulation is accepted, and the requested continuance of this matter from October 20, 2011, until December 1, 2011, at 9:00 a.m. is granted. Time is excluded pursuant to the parties' stipulation between October 20, 2011, through and including December 1, 2011. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv); Local Code T-4. The court specifically finds that the interests of justice served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: October 25, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE