```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    PHAYLOTH CHANDAVONG
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    ) No. 2:11-cr-00379 MCE
                                 )
13             Plaintiff,        )
                                 ) STIPULATION AND ORDER CONTINUING
14       v.                      ) CASE
                                 )
15  PHAYLOTH CHANDAVONG,         ) Date:  January 12, 2012
                                 ) Time:  9:00 a.m.
16             Defendant.        ) Judge: Hon. Morrison C. England
                                 )
17  _____)

18

19       **IT IS HEREBY STIPULATED** by and between Assistant United States

20  Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal

21  Defender Jeffrey L. Staniels, counsel for Defendant that the above

22  case, be dropped from this court's January 12, 2012 calendar, at the

23  request of the defense, and be continued until February 9, 2012, at

24  9:00 a.m.

25       **IT IS FURTHER STIPULATED** that time be excluded between January 12,

26  2012, through and including February 9, 2012, pursuant to 18 U.S.C. §

27  3161(h)(7)(A) & (B)(iv). Local Code T-4.

28  ///
```

Counsel for the parties have agreed in principle to the outlines of a non-trial disposition, and to most of the terms.  This continuance is requested in order to permit resolution of remaining terms and consultation and review of that proposed disposition with Mr. Chandavong.  The proposed date allows for the respective consults and approvals needed by both counsel and by their respective pre-existing schedules.

**IT IS SO STIPULATED.**

Dated: January 10, 2012      /S/ Matthew Morris
                             Matthew Morris
                             Assistant United States Attorney
                             Counsel for Plaintiff

Dated: January 10, 2012      /S/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             PHAYLOTH CHANDAVONG

**O R D E R**

The above stipulation of counsel is accepted, and the requested continuance is granted.  For the reasons stated therein, the court finds that the interests of justice served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: January 11, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE