1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   PHAYLOTH CHANDAVONG

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-379 MCE |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING CASE |
| PHAYLOTH CHANDAVONG, | Date: March 8, 2012 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's March 8, 2012 calendar, at the request of the defense, and be continued until April 12, 2012, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between March 8, 2012, through and including April 12, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

Counsel for the parties have agreed to the outlines of a non-trial

disposition, and defense counsel has just presented a written offer to Mr. Chandavong. This continuance is requested in order to permit further consultation and review of that proposed disposition with Mr. Chandavong.

**IT IS SO STIPULATED**.

Dated: March 6, 2012  /S/ Matthew Morris
Matthew Morris
Assistant United States Attorney
Counsel for Plaintiff

Dated: March 6, 2012  /S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
PHAYLOTH CHANDAVONG

**O R D E R**

The above stipulation of counsel is accepted, and the requested continuance is granted. For the reasons stated therein, the court finds that the interests of justice served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: March 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE