```
1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    PHAYLOTH CHANDAVONG
6

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    ) No. 2:11-cr-379 MCE
                                 )
13              Plaintiff,       )
                                 ) STIPULATION AND ORDER CONTINUING
14       v.                      ) CASE
                                 )
15  PHAYLOTH CHANDAVONG,         ) Date:  April 26, 2012
                                 ) Time:  9:00 a.m.
16              Defendant.       ) Judge: Hon. Morrison C. England
                                 )
17  _____ )

18
         **IT IS HEREBY STIPULATED** by and between Assistant United States
19
    Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal
20
    Defender Jeffrey L. Staniels, counsel for Defendant that the above
21
    case, be dropped from this court's April 26, 2012 calendar, at the
22
    request of the defense, and be continued until May 10, 2012, at 9:00
23
    a.m.
24
         **IT IS FURTHER STIPULATED** that time be excluded between April 26,
25
    2012, through and including May 10, 2012, pursuant to 18 U.S.C. §
26
    3161(h)(7)(A) & (B)(iv). Local Code T-4.
27
         Defense counsel has presented a written offer from the government
28
```

to Mr. Chandavong, which he has been considering. This continuance is requested in order to permit further consultation and review of that proposed disposition with Mr. Chandavong. The date selected also accommodates the unavailability of a family member of the defendant who wishes to attend the court proceedings.

**IT IS SO STIPULATED.**

Dated: April 25, 2012          /S/ Matthew Morris
                               Matthew Morris
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated: April 25, 2012          /S/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               PHAYLOTH CHANDAVONG

# O R D E R

The above stipulation of counsel is accepted, and the requested continuance is granted. For the reasons stated therein, the court finds that the interests of justice served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: April 26, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE