1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   PHAYLOTH CHANDAVONG

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:11-cr-379 MCE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE |
| | ) |
| PHAYLOTH CHANDAVONG, | ) Date: May 10, 2012 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Morrison C. England |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's May 10, 2012 calendar, at the request of the defense, and be continued until May 17, 2012, at 9:00 a.m.

**IT IS FURTHER STIPULATED** that time be excluded between May 10, 2012, through and including May 17, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv). Local Code T-4.

///

The parties have reached an agreement to resolve the case by way of a change of plea and Mr. Chandavong has signed that agreement. The one week continuance is requested due to the unanticipated unavailability of defense counsel who will be out of the district on May 10-11, 2012.

**IT IS SO STIPULATED.**

Dated: May 4, 2012  /S/ Matthew Morris
Matthew Morris
Assistant United States Attorney
Counsel for Plaintiff

Dated: May 4, 2012  /S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
PHAYLOTH CHANDAVONG

**O R D E R**

The above stipulation of counsel is accepted, and the requested continuance is granted. For the reasons stated therein, the court finds that the interests of justice served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: May 8, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE