```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW G. MORRIS
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   2:11-CR-00379-MCE
                                 )
12            Plaintiff,         )   APPLICATION AND ORDER FOR
                                 )   MONEY JUDGMENT
13       v.                      )
                                 )
14  PHAYLOTH CHANDAVONG,         )
                                 )
15            Defendant.         )
                                 )
16
```

On May 17, 2012, defendant Phayloth Chandavong entered a guilty plea to Count One of the Indictment, which charges him with Theft from a Credit Union in violation of 18 U.S.C. § 657.

As part of his plea agreement with the United States, defendant Phayloth Chandavong agreed to forfeit voluntarily and immediately up to $69,400.00, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 657, to which he has pled guilty. See Defendant Chandavong's Plea Agreement ¶ II.E. Plaintiff hereby applies for entry of a money judgment as follows:

1.   Pursuant to 18 U.S.C. § 982(a)(2)(C) and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Phayloth Chandavong in the amount of $69,400.00.

2.   The above-referenced personal forfeiture money judgment is imposed based on defendant Phayloth Chandavong's conviction for violating 18 U.S.C. § 657 (Count One).  Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3.   Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Secret Service and sent to the U.S. Attorney's Office, Att: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Secret Service, in its secure custody and control.

DATED: 6/27/2012                        BENJAMIN B. WAGNER
                                        United States Attorney


                                        /s/ Matthew G. Morris
                                        MATTHEW G. MORRIS
                                        Assistant U.S. Attorney

///
///
///
///

# **O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Phayloth Chandavong in the amount of $69,400.00. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Secret Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: July 17, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE