1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   PHAYLOTH CHANDAVONG
6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        )  No. 2:11-cr-379 MCE
                                    )
13              Plaintiff,          )
                                    )  STIPULATION AND ORDER CONTINUING
14      v.                          )  SENTENCING
                                    )
15 PHAYLOTH CHANDAVONG,             )  Date:  August 23, 2012
                                    )  Time:   9:00 a.m.
16              Defendant.          )  Judge: Hon. Morrison C. England
                                    )
17 _____ )

18
        **IT IS HEREBY STIPULATED** by and between Assistant United States
19
   Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal
20
   Defender Jeffrey L. Staniels, counsel for Defendant, that the above
21
   case, be dropped from this court's August 23, 2012 calendar, at the
22
   request of the defense, and be continued until October 11, 2012, at
23
   9:00 a.m. for status of judgment and sentencing.
24
        **IT IS FURTHER STIPULATED** that the following schedule of disclosure
25
   of the presentence report and any objections be followed:
26
        Draft Presentence Report to be disclosed by        August 30, 2012
27
        Objections, if any                               September 13, 2012
28

| | |
|---|---|
| Final Report | September 20, 2012 |
| Motions to Correct | September 27, 2012 |
| Reply Motions | October 4, 2012 |
| Hearing | October 11, 2012 |

**IT IS SO STIPULATED**.


Dated:  August 21, 2012        /S/ Matthew Morris
                               Matthew Morris
                               Assistant United States Attorney
                               Counsel for Plaintiff

Dated:  August 21, 2012        /S/ Jeffrey L. Staniels
                               Jeffrey L. Staniels
                               Assistant Federal Defender
                               Counsel for Defendant
                               PHAYLOTH CHANDAVONG

**O R D E R**

     The above stipulation of counsel is accepted, and the requested continuance is granted.  For the reasons stated therein, the court finds that the interests of justice served by granting this continuance outweigh the interests of the public and of the defendant in a speedy trial.

     **IT IS SO ORDERED**.

 Dated: August 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE