```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   PHAYLOTH CHANDAVONG

7

8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13
   UNITED STATES OF AMERICA,     ) No. 2:11-cr-379 MCE
14                               )
                  Plaintiff,     )
15                               ) STIPULATION AND ORDER MODIFYING
        v.                       ) CONDITIONS OF RELEASE
16                               )
   PHAYLOTH CHANDAVONG,          ) Date:  October 11, 2012
17                               ) Time:  9:00 a.m.
                  Defendant.     ) Judge: Hon. Morrison C. England
18                               )
   _____ )
19

20
       **IT IS HEREBY STIPULATED** by and between Assistant United States
21
   Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal
22
   Defender Jeffrey L. Staniels, counsel for Defendant that the conditions
23
   of Mr. Chandavong's release, CR 5 be modified to eliminate Condition
24
   No. 9 that Mr. Chandavong submit to random drug testing.
25
       The court is advised that this modification is recommended by the
26
   Pretrial Services Office based on the lack of any positive test in the
27
   more than one year during which Mr. Chandavong has been tested, as well
28
```

as on Mr. Chandavong's successful completion of Pretrial's MRT program and his continuing full compliance with his conditions of release.

**IT IS SO STIPULATED.**

Dated: October 3, 2012  /S/ Matthew Morris
Matthew Morris
Assistant United States Attorney
Counsel for Plaintiff

Dated: October 3, 2012  /S/ Jeffrey L. Staniels
Jeffrey L. Staniels
Assistant Federal Defender
Counsel for Defendant
PHAYLOTH CHANDAVONG

**O R D E R**

The above stipulation of counsel is accepted, and the requested modification of conditions is granted

**IT IS SO ORDERED.**

DATED: October 3, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
chandavong0329.stipord.modify.cor

Stipulation & Order
Continuing Case and Excluding Time        2