```
1   JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
2   JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, California 95814
4   Telephone: (916) 498-5700

5
    Attorney for Defendant
6   PHAYLOTH CHANDAVONG

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      ) No. 2:11-cr-00379 MCE
                                   )
12            Plaintiff,           )
                                   ) STIPULATION AND ORDER CONTINUING
13       v.                        ) CASE
                                   )
14  PHAYLOTH CHANDAVONG,           ) Date:  January 31, 2013
                                   ) Time:  9:00 a.m.
15            Defendant.           ) Judge: Hon. Morrison C. England
                                   )
16  _____ )

17
```

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's January 31, 2013 calendar, at the request of the defense, and be continued one week until February 7, 2013, at 9:00 a.m. for status of judgment and sentencing.

This continuance is sought to accommodate the unavailability of defense counsel due to an out of district personal commitment. The Speedy Trial Act is not implicated by this post guilty plea request.

///

///

**IT IS SO STIPULATED**.

Dated: January 22, 2013      /S/ Matthew Morris
                             Matthew Morris
                             Assistant United States Attorney
                             Counsel for Plaintiff

Dated: January 22, 2013      /S/ Jeffrey L. Staniels
                             Jeffrey L. Staniels
                             Assistant Federal Defender
                             Counsel for Defendant
                             PHAYLOTH CHANDAVONG

**O R D E R**

The above stipulation of counsel is accepted, and the requested continuance is granted.

**IT IS SO ORDERED.**

Dated: January 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE