```
 1  JOSEPH SCHLESINGER, Bar #87692
    Acting Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  PHAYLOTH CHANDAVONG

 7
```

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00379 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING CASE |
| PHAYLOTH CHANDAVONG, | Date: February 7, 2013 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Morrison C. England |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Matthew Morris, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case, be dropped from this court's February 7, 2013 calendar, at the request of the defense, and be continued two weeks until February 21, 2013, at 9:00 a.m. for status of judgment and sentencing.

This continuance is sought to permit final consultation with Mr. Chandavong which was delayed due to defense counsel's personal schedule. The Speedy Trial Act is not implicated by this post guilty plea request.

**IT IS SO STIPULATED.**

Dated:   February 5, 2013        /S/ Matthew Morris
                                 Matthew Morris
                                 Assistant United States Attorney
                                 Counsel for Plaintiff

Dated:   February 5, 2013        /S/ Jeffrey L. Staniels
                                 Jeffrey L. Staniels
                                 Assistant Federal Defender
                                 Counsel for Defendant
                                 PHAYLOTH CHANDAVONG

**ORDER**

The above stipulation of counsel is accepted, and the requested continuance is granted.

**IT IS SO ORDERED.**

Dated:   February 13, 2013
                                 _____
                                 MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE

Stipulation & Order Continuing Case        2